Susan St. Vincent
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Citation number 6:16-po-00597-MJS |
|---|---|
| Plaintiff, | |
| v. | **MOTION TO DISMISS; AND ORDER THEREON** |
| MATTHEW ARNOLD, | |
| Defendant. | |

Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States hereby moves the Court for an order of dismissal without prejudice in the interest of justice.

Dated:  November 17, 2016    NATIONAL PARK SERVICE

 /S/ Susan St. Vincent_____
Susan St. Vincent
Legal Officer

1

**ORDER**

Upon application of the United States, and good cause having been shown therefor, IT IS HEREBY ORDERED that the above referenced matter, *United States v. Arnold, Case number 6:16-po-00597-MJS*, be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:  November 21, 2016            /s/ *Michael J. Seng*
                                    UNITED STATES MAGISTRATE JUDGE